UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PHARAOHS GC, INC.

                Plaintiff,                          20-CV-665

    v.

UNITED STATES SMALL BUSINESS
ADMINISTRATION;

JOVITA CARRANZA, in her Official Capacity as
Administrator of the Small Business Administration;

UNITED STATES OF AMERICA;

STEVE MNUCHIN, in his Official Capacity as
United States Secretary of Treasury,

                Defendants.

## ANSWER

Defendants, by their attorney, Michael S. Cerrone, Assistant United States Attorney, for James P. Kennedy, Jr., United States Attorney for the Western District of New York, hereby answers plaintiff's Complaint as follows:

1. Defendants deny the allegations contained in paragraph 1 of plaintiff's Complaint.

2. Defendants admit the allegations concerning the amount of funding provided by the CARES Act, but otherwise denies the allegations contained in paragraph 2 of plaintiff's Complaint.

3. Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 3 of plaintiff's Complaint.

4. Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 4 of plaintiff's Complaint.

5. Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 5 of plaintiff's Complaint.

6. Defendants admit that the U.S. Small Business Administration ("SBA") is a federal agency but denies the remaining allegations contained in paragraph 6 of plaintiff's Complaint.

7. Defendants admit the allegations contained in paragraph 7 of plaintiff's Complaint.

8. Defendants admit the allegations contained in paragraph 8 of plaintiff's Complaint.

9. Defendants admit the allegations contained in paragraph 9 of plaintiff's Complaint.

10. Defendants admit that the United States is a sovereign nation and the Constitution is the supreme law of the land, but deny plaintiff's characterization of the Constitution and otherwise deny the remaining allegations contained in paragraph 10 of plaintiff's Complaint.

11. Defendants admit that this Court has subject matter jurisdiction over this case but deny that subject matter jurisdiction exists under 28 U.S.C. § 1343 or 28 U.S.C. § 1361.

12. Defendants admit the allegations contained in paragraph 12 of plaintiff's Complaint.

13. Defendants admit the allegations contained in paragraph 13 of plaintiff's Complaint.

14. Defendants deny the allegations contained in paragraph 14 of plaintiff's Complaint.

15. Defendants admit the allegations contained in paragraph 15 of plaintiff's Complaint.

16. Defendants deny the allegations contained in paragraph 16 of plaintiff's Complaint and refer the Court to the text of the Small Business Act.

17. Defendants admit that the Small Business Act authorizes the SBA to make loans to small businesses who are unable to obtain credit elsewhere but deny the remaining allegations contained in paragraph 17 of plaintiff's Complaint and refer the Court to the text of the Small Business Act.

18. Defendants deny the allegations contained in paragraph 18 of plaintiff's Complaint and refer the Court to the text of the Small Business Act.

19. Defendants admit the allegations contained in paragraph 19 of plaintiff's Complaint except states that the CARES Act was signed into law on March 27, 2020.

20. Defendants admit the allegations contained in paragraph 20 of plaintiff's Complaint.

21. Defendants deny the allegations contained in paragraph 21 of plaintiff's Complaint and refer the Court to the text of the CARES Act.

22. Defendants admit the allegations contained in paragraph 22 of plaintiff's Complaint.

23. Defendants deny the allegations contained in paragraph 23 of plaintiff's Complaint.

24. Defendants admit the allegations contained in paragraph 24 of plaintiff's Complaint except state that the SBA's Interim Final Rule was first published on its website on April 2, 2020 and later formally published in the Federal Register on April 15, 2020.

25. Defendants admit the allegations contained in paragraph 25 of plaintiff's Complaint.

26. Defendants admit the allegations contained in paragraph 26 of plaintiff's Complaint except state that the Paycheck Protection Program, which was initially funded with $349 billion, was subsequently supplemented with an additional $310 billion.

27. Defendants deny the allegations contained in paragraph 27 of plaintiff's Complaint.

28. Defendants admit the allegations contained in paragraph 28 of plaintiff's Complaint.

29. Defendants admit the allegations contained in paragraph 29 of plaintiff's Complaint.

30. Defendants admit the allegations contained in paragraph 30 of plaintiff's Complaint.

31. Defendants admit the allegations contained in paragraph 31 of plaintiff's Complaint.

32. Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 32 of plaintiff's Complaint.

33. Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 33 of plaintiff's Complaint.

34. Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 34 of plaintiff's Complaint.

35. Defendants deny the allegations contained in paragraph 35 of plaintiff's Complaint.

36. Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 36 of plaintiff's Complaint.

37. Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 37 of plaintiff's Complaint.

38. Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 38 of plaintiff's Complaint.

39. Defendants admit the allegations contained in paragraph 39 of plaintiff's Complaint.

40. Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 40 of plaintiff's Complaint.

41. Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 41 of plaintiff's Complaint.

42. Defendants deny the allegations contained in paragraph 42 of plaintiff's Complaint and refer the Court and plaintiff to the text of statute for an accurate statement thereof.

43. Defendants deny the allegations contained in paragraph 43 of plaintiff's Complaint.

44. Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 44 of plaintiff's Complaint.

45. Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 45 of plaintiff's Complaint.

46. Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 46 of plaintiff's Complaint.

47. Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 47 of plaintiff's Complaint.

48. Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 48 of plaintiff's Complaint.

49. Defendants admit the allegations contained in paragraph 49 of plaintiff's Complaint.

50. Defendants admit the allegations contained in paragraph 50 of plaintiff's Complaint.

51. Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 51 of plaintiff's Complaint.

52. Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 52 of plaintiff's Complaint.

53. Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 53 of plaintiff's Complaint.

54. Defendants admit or deny the allegations contained in paragraphs 1-53 as previously admitted or denied.

55. Defendants admit that the basic statement of law contained in paragraph 55 of plaintiff's Complaint is correctly stated but denies that said law is applicable herein.

56. Defendants deny the allegations contained in paragraph 56 of plaintiff's Complaint.

57. Defendants deny the allegations contained in paragraph 57 of plaintiff's Complaint.

58. Defendants deny the allegations contained in paragraph 58 of plaintiff's Complaint.

59. Defendants deny the allegations contained in paragraph 59 of plaintiff's Complaint.

60. Defendants deny the allegations contained in paragraph 60 of plaintiff's Complaint.

61. Defendants deny the allegations contained in paragraph 61 of plaintiff's Complaint.

62. Defendants deny the allegations contained in paragraph 62 of plaintiff's Complaint.

63. Defendants deny the allegations contained in paragraph 63 of plaintiff's Complaint.

64. Defendants admit or deny the allegations contained in paragraphs 1-63 as previously admitted or denied.

65. Defendants deny the allegations contained in paragraph 65 of plaintiff's Complaint.

66. Defendants deny the allegations contained in paragraph 66 of plaintiff's Complaint.

67. Defendants deny the allegations contained in paragraph 67 of plaintiff's Complaint.

68. Defendants deny the allegations contained in paragraph 68 of plaintiff's Complaint.

69. Defendants admit that the basic statement of law contained in paragraph 69 of plaintiff's Complaint is correctly stated but denies that said law is applicable herein.

70. Defendants deny the allegations contained in paragraph 70 of plaintiff's Complaint.

71. Defendants deny the allegations contained in paragraph 71 of plaintiff's Complaint.

72. Defendants deny the allegations contained in paragraph 72 of plaintiff's Complaint.

73. Defendants deny the allegations contained in paragraph 73 of plaintiff's Complaint.

74. Defendants deny the allegations contained in paragraph 74 of plaintiff's Complaint.

75. Defendants deny the allegations contained in paragraph 75 of plaintiff's Complaint.

76. Defendants deny the allegations contained in paragraph 76 of plaintiff's Complaint.

77. Defendants deny the allegations contained in paragraph 77 of plaintiff's Complaint.

78. Defendants deny the allegations contained in paragraph 78 of plaintiff's Complaint.

79. Defendants deny the allegations contained in paragraph 79 of plaintiff's Complaint.

80. Defendants admit or deny the allegations contained in paragraphs 1-79 as previously admitted or denied.

81. Defendants deny the allegations contained in paragraph 81 of plaintiff's Complaint.

82. Defendants deny the allegations contained in paragraph 82 of plaintiff's Complaint.

83. Defendants deny the allegations contained in paragraph 83 of plaintiff's Complaint.

84. Defendants deny the allegations contained in paragraph 84 of plaintiff's Complaint.

85. Defendants deny the allegations contained in paragraph 85 of plaintiff's Complaint.

86. Defendants admit or deny the allegations contained in paragraphs 1-85 as previously admitted or denied.

87. Defendants deny the allegations contained in paragraph 87 of plaintiff's Complaint.

88. Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 88 of plaintiff's Complaint.

89. Defendants deny the allegations contained in paragraph 89 of plaintiff's Complaint.

90. Defendants deny the allegations contained in paragraph 90 of plaintiff's Complaint.

91. Defendants admit or deny the allegations contained in paragraphs 1-90 as previously admitted or denied.

92. Defendants admit that the basic statement of law contained in paragraph 92 of plaintiff's Complaint is correctly stated but denies that said law is applicable herein.

93. Defendants admit that the basic statement of law contained in paragraph 93 of plaintiff's Complaint is correctly stated but denies that said law is applicable herein.

94. Defendants deny the allegations contained in paragraph 94 of plaintiff's Complaint.

95. Defendants deny the allegations contained in paragraph 95 of plaintiff's Complaint.

96. Defendants admit the allegations contained in paragraph 96 of plaintiff's Complaint.

97. Defendants state that the law will determine whether plaintiff will be entitled to a jury trial in this action.

98. Defendants deny the allegations contained in paragraph 98 of plaintiff's Complaint.

99. Defendants deny the allegations contained in paragraph 99 of plaintiff's Complaint.

100. Defendants deny the allegations contained in paragraph 100 of plaintiff's Complaint.

101. Defendants deny the allegations contained in paragraph 101 of plaintiff's Complaint.

102. Defendants deny the allegations contained in paragraph 102 of plaintiff's Complaint.

103. Defendants deny the allegations contained in paragraph 103 of plaintiff's Complaint.

104. Defendants deny the allegations contained in paragraph 104 of plaintiff's Complaint.

## FIRST DEFENSE

Plaintiff's complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

Plaintiff lacks standing to assert some or all of its claims.


DATED: Buffalo, New York, August 20, 2020

                                        JAMES P. KENNEDY, JR.
                                      United States Attorney

BY:   s/MICHAEL S. CERRONE
        Assistant U.S. Attorney
        U.S. Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York 14202
        716-843-5851
        Michael.Cerrone@usdoj.gov