

STEVEN M. COHEN*
LITIGATION CHAIR

PHONE: 716.636.7600
DIRECT FAX: 716.932.6718
SCOHEN@HOGANWILLIG.COM

*ALSO LICENSED IN PA

MR. COHEN'S SECRETARY:
STEPHANIE SWEENEY
DIRECT PHONE: 716.932.6754
SSWEENEY@HOGANWILLIG.COM

# HOGANWILLIG
ATTORNEYS AT LAW

MAIN OFFICE:
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
PHONE: 716.636.7600 | TOLL FREE: 800.636.5255 | FAX: 716.636.7606

WWW.HOGANWILLIG.COM
SERVICE BY FAX AND EMAIL NOT ACCEPTED

ADDITIONAL OFFICES:
155 SUMMER STREET
BUFFALO, NY 14222

43 CENTRAL AVENUE
LANCASTER, NY 14086

6133 ROUTE 219 S
ELLICOTTVILLE, NY 14731

770 DAVISON ROAD
LOCKPORT, NY 14094

September 8, 2020

Hon. H. Kenneth Schroeder
U.S. District Court
Western District of New York
2 Niagara Square
Buffalo, New York 14202

RE: *Pharaohs GC, Inc. v. U.S. Small Business Administration, et al.*
Ct. of App. Docket No.: 20-2170, Dist. Ct. Docket No.: 20-CV-665

Dear Hon. Schroeder:

This office represents the Plaintiff in the above-referenced action. I am writing to your honor concerning the Case Management Order ("CMO") for the above-referenced case.

Under the Court's August 20, 2020 Text Order, a proposed CMO is due to be filed with the Court on Thursday of this week. I provided a draft CMO to Mr. Cerrone last Thursday, but the responding email advised that Mr. Cerrone would be out of the office until tomorrow. I will be out of the office tomorrow and Thursday.

In light of the foregoing, it is respectfully requested that the Court extend the date for the filing of a proposed CMO by one week. If there are any questions, please contact the undersigned. Thank you for our consideration.

Respectfully,

Edward P. Yankelunas, Esq.

cc: Michael S. Cerrone, Esq.

PERSONAL INJURY & MALPRACTICE | MATRIMONIAL & FAMILY LAW | LITIGATION | CORPORATE & BUSINESS LAW | CRIMINAL DEFENSE | REAL ESTATE LAW
ESTATE PLANNING, WILLS & TRUSTS | ESTATES | ELDER LAW | GUARDIANSHIPS | BANKRUPTCY & DEBT RELIEF | VEHICLE & TRAFFIC LAW | SOCIAL SECURITY DISABILITY

{H2731128.1}