UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

PHARAOHS GC, INC.

                                           Plaintiff,                Civil Case No. 1:20-cv-665

v.

UNITED STATES SMALL BUSINESS
ADMINISTRATION;
JOVITA CARRANZA, in her Official Capacity
as Administrator of the Small Business Administration;
UNITED STATES OF AMERICA
STEVE MNUCHIN, in his Official Capacity as United
States Secretary of Treasury,

                                          Defendants.

---

## NOTICE OF CHANGE OF LAW FIRM
## NAME AND ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

    PLEASE TAKE NOTICE that Edward P. Yankelunas, Esq., counsel for the Plaintiff in the above-captioned matter, is now affiliated with Tiveron Law, PLLC, successor in interest to HoganWillig, PLLC, located at 2410 North Forest Road Suite 301 Amherst, New York 14068 (P) 716-636-7600, e-mail: eyankelunas@tiveronlaw.com.

    PLEASE update the appearance of Pharaohs GC, Inc. and Attorney Edward P. Yankelunas, Esq., of counsel, as counsel for the Plaintiff in the above-captioned matter.

    ADDITIONALLY, counsel requests that all Notices, e-mails, pleadings, writings and Microsoft TEAMS invitations be directed to eyankelunas@tiveronlaw.com

                                                                     TIVERON LAW, PLLC

                                                                     Edward P. Yankelunas, Esq.
                                                                     2410 North Forest Road, Suite 301
                                                                     Amherst, New York 14068
                                                                     Office: 716-636-7600
                                                                     Email: eyankelunas@tiveronlaw.com

{H3666189.1}