Judgment in a Civil Case
_____

United States District Court<br>
_____WESTERN DISTRICT OF NEW YORK_____

PHAROAHS GC, INC.                                **JUDGMENT IN A CIVIL CASE**
                                                                          CASE NUMBER: 20-CV-665

    v.

UNITED STATES SMALL
BUSINESS ADMINISTRATION, et al.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that the Court accepts Judge Schroeder's

Recommendation and that the SBA's motion for summary judgment is Granted.

Date: February 1, 2024                                        MARY C. LOEWENGUTH
                                                                       CLERK OF COURT

                                                                       By: <u>s/Suzanne</u>
                                                                              Deputy Clerk